NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000771**
**14-MAY-2025**
**08:49 AM**
**Dkt. 15 ODSD**

NO. CAAP-24-0000771


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


LONO MACK, Plaintiff-Appellant, v.
SCOTT T. NAGO, in his official capacity as Chief Election Officer
of the State of Hawai'i, Defendant-Appellee


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3CCV-24-0000207)


ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon review of the record, it appears that:

(1) On November 12, 2024, Plaintiff-Appellant Lono Mack (**Mack**) filed the notice of appeal, self-represented;

(2) The statement of jurisdiction and opening brief were due on or before January 21, 2025 and February 18, 2025, respectively;

(3) Mack failed to file either document, or request an extension of time;

(4) On February 25, 2025, the appellate clerk entered a default notice informing Mack that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on March 7, 2025, for appropriate action, which could include dismissal of the

appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Mack could request relief from default by motion; and

(5) Mack has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, May 14, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge